# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br><br>         Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>         Defendant. | Case No.: 3:24-cv-00160-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND CLOSE OF DISCOVERY DEADLINE ONLY** |

Plaintiff PATRICIA FELKNER-ELLIOTT by and through her counsel of record, ROBERT R. JENSEN, ESQ. and CODY M. OLDHAM, ESQ., of JENSEN PERSONAL INJURY LAW, LLC., and Defendant PF CHANG'S CHINA BISTRO, INC., by and through their counsel of record KIMBERLY A. NELSON, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP., submit the following Stipulation to Extend Close of Discovery Deadline Only.

///

1

**A. REASON FOR THE REQUESTED EXTENSION OF DISCOVERY**

The parties have already conducted initial and supplemental discovery in this case, including the production of documents and witnesses. However, the current discovery deadline is insufficient to complete the necessary depositions. The parties have worked together to coordinate the depositions of seven (7) witnesses to the alleged incident. However, there are estimated to be twelve (12) more depositions of alleged witnesses and managers who were employed at the time of the incident referenced in the complaint.

The parties now jointly request an extension of only the discovery deadline 90 days past their currently scheduled date. This continuance is not sought for the purposes of delay or for any other untoward purpose. This extension will **not** affect any of the remaining deadlines.

///

///

///

///

///

///

///

///

///

///

2

## B. PROPOSED NEW CLOSE OF DISCOVERY DEADLINE

**Current Discovery Deadline: April 7, 2025**

**Proposed Discovery Deadline: July 7, 2025**

RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| Dated this 4th day of February, 2025. | Dated this 4th day of February, 2025. |
| JENSEN PERSONAL INJURY LAW | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Robert R. Jensen* | */s/ Kimberly A. Nelson* |
| Robert R. Jensen, Esq. | Michael Lowry, Esq. |
| Cody M. Oldham, Esq. | Kimberly A. Nelson, Esq. |
| 203 S. Arlington Ave | 6689 Las Vegas Blvd S Ste. 200 |
| Reno, Nevada 89501 | Las Vegas, Nevada 89119 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED this 4th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE