1  ROBERT R. JENSEN
   NSB No.: 2558
2  CODY M. OLDHAM
   NSB No. 14594
3  JENSEN PERSONAL INJURY LAW, LLC
   203 S. Arlington Avenue
4  Reno, Nevada 89501
5  Tel.: 775.333.7555
   Fax: 775.323.4993
6  Email: bob@jenseninjurylawyers.com
   Email: cody@jenseninjurylawyers.com
7
8  *Attorneys for Plaintiff Patricia Felkner-Elliott*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>Defendant. | Case No.: 3:24-cv-00160-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRAGE JUDGE DENNEY** |

Plaintiff PATRICIA FELKNER-ELLIOTT by and through her counsel of record, ROBERT R. JENSEN, ESQ. and CODY M. OLDHAM, ESQ., of JENSEN PERSONAL INJURY LAW, LLC., and Defendant PF CHANG'S CHINA BISTRO, INC., by and through their counsel of record KIMBERLY A. NELSON, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP., hereby submit this stipulation to schedule a settlement conference with Magistrate Judge Denney.

1

1   It has been discussed by and between counsel that this matter should be submitted to a settlement conference with the Honorable Magistrate Judge Denney.

RESPECTFULLY SUBMITTED BY:

Dated this 4th day of April, 2025.                    Dated this 4th day of April, 2025.

JENSEN PERSONAL INJURY LAW          WILSON ELSER MOSKOWITZ
                                                                    EDELMAN & DICKER LLP

*/s/ Robert R. Jensen*                                      */s/ Kimberly A. Nelson*
Robert R. Jensen, Esq.                                   Michael Lowry, Esq.
Cody M. Oldham, Esq.                                  Kimberly A. Nelson, Esq.
203 S. Arlington Ave                                      6689 Las Vegas Blvd S Ste. 200
Reno, Nevada 89501                                      Las Vegas, Nevada 89119
*Attorney for Plaintiff*                                      *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED this 8th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE