UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., AND DOES I-X<br><br>Defendants. | Case No. 3:24-CV-00160-MMD-CLB<br><br>**ORDER RE MOTION REGARDING DISCOVERY DISPUTE**<br><br>[ECF No. 22] |

Pending before the Court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 22.) The Court received Defendants' motion on June 26, 2025. (*Id.*) On May 12, 2025, Defendants received a notice scheduling five depositions in this matter. (*Id.* at 2.) Defendants note the depositions are scheduled for July 1 and July 7, 2025. (*Id.* at 7.)

Accordingly, **PLAINTIFF IS ORDERED TO FILE A RESPONSE NO LATER THAN 12:00 PM, MONDAY, JUNE 30, 2025**. Furthermore, a **VIRTUAL HEARING ON THIS MATTER IS SET FOR MONDAY, JUNE 30, 2025 AT 3:00 PM**. The Court's Courtroom Deputy will make the necessary arrangements for the virtual hearing in due course.

IT IS SO ORDERED.

**DATED**: June 27, 2025

_____
UNITED STATES MAGISTRATE JUDGE