1  ROBERT R. JENSEN
   NSB No.: 2558
2  CODY M. OLDHAM
   NSB No.: 14594
3  JENSEN PERSONAL INJURY LAW, LLC
   203 S. Arlington Avenue
4  Reno, Nevada 89501
5  Tel.: 775.333.7555
   Fax: 775.323.4993
6  Email: bob@jenseninjurylawyers.com
   Email: cody@jenseninjurylawyers.com
7
8  *Attorneys for Plaintiff Patricia Felkner-Elliott*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| PATRICIA FELKNER-ELLIOTT, | Case No.: 3:24-cv-00160-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S REPLY RE: MOTION FOR SPOLIATION SANCTIONS AGAINST DEFENDANT P.F. CHANG'S** |
| v. | |
| P.F. CHANG'S CHINA BISTRO, INC., | |
| Defendant. | |

Plaintiff PATRICIA FELKNER-ELLIOTT by and through her counsel of record ROBERT R. JENSEN, ESQ., and CODY M. OLDHAM, ESQ., of JENSEN PERSONAL INJURY LAW, LLC., and Defendant P.F. CHANG'S CHINA BISTRO, INC., by and through their counsel of record KIMBERLY A. NELSON, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP., submit the following Stipulation Regarding Plaintiff's Reply RE: *Motion for Spoliation Sanctions Against Defendant P.F. Chang's.*

///

///

1

IT IS HEREBY STIPULATED AND AGREED, by and between counsel that Plaintiff PATRICIA FELKNER-ELLIOTT has until Wednesday, August 6, 2025, to file her Reply RE: *Motion for Spoliation Sanctions Against Defendant P.F. Chang's.*

Dated this 30th day of July, 2025.

JENSEN PERSONAL INJURY LAW, LLC.

*/s/ Cody M. Oldham*

CODY M. OLDHAM
ROBERT R. JENSEN
203 S. Arlington Avenue
Reno, Nevada 89501
*Attorney for Plaintiff Patricia Felkner-Elliott*

DATED this 30th day of July, 2025.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER

*/s/ Kimberly A. Nelson*

KIMBERLY A. NELSON
MICHAEL LOWRY
6689 Las Vegas Boulevard S., Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant P.F. Chang's China Bistro, Inc.*

IT IS SO ORDERED.

DATED this   30th   day of   July  , 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of JENSEN PERSONAL INJURY LAW, LLC and that on this date I served a true and correct copy of the preceding document addressed to the following:

> Kimberly A. Nelson, Esq.
> Wilson Elser Moskowitz Edelman & Dicker, LLP
> 6689 Las Vegas Boulevard, Suite 200
> Las Vegas, Nevada 89119
> *Attorney for Defendant P.F. Chang's China Bistro, Inc.*

[ ] **BY U.S. MAIL:** I deposited for mailing in the United States mail, with postage fully prepaid, an envelope containing the preceding document at Reno, Nevada, in the ordinary course of business.

[ ] **COURTESY COPY VIA FACSIMILE**

[ ] **BY PERSONAL SERVICE:** An employee of Jensen Personal Injury Law, LLC personally delivered the preceding document by hand delivery.

[ ] **BY MESSENGER SERVICE:** Reno Carson Messenger Service received from Jensen Personal Injury Law, LLC the preceding document for delivery to the offices of the address named above.

[X] **BY ELECTRONIC FILING (PACER)**

DATED this 30th day of July, 2025.

*/s/ Emma Woodworth*
EMMA WOODWORTH