UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br><br>                    Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>                    Defendant. | Case No. 3:24-CV-00160-ART-CLB<br><br>**ORDER STRIKING REPLY**<br><br>[ECF No. 37] |

On July 29, 2025, Defendant filed a "Motion Regarding Discovery Dispute" pursuant to the Court's Standing Order. (ECF No. 32.) The Court's Standing Order explicitly states that the parties must utilize an informal motion for discovery dispute process prior to filing a formal discovery motion before the Court. (ECF No. 4 at 3-4.) Moreover, the Court's Standing Order explicitly limits this informal briefing to the filing of ONLY a motion and a response and does not permit the filing of a reply brief. (*Id.*) In violation of this order, and after the Court filed an order denying the motion for discovery dispute, (ECF No. 36), Defendants filed a "reply" in support of their motion. (ECF No. 37.)[1] Accordingly, the Court **STRIKES** the above-referenced document, and reminds Defendants that they are required to follow the Court's Standing Order and the failure to do so in the future will result in the Court issuing an order to show cause why they should not be sanctioned.

**IT IS SO ORDERED.**

**DATED:** August 5, 2025

                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] This is not the first motion for discovery dispute filed by Defendants in this case and thus Defendants should be aware of these requirements. (*See* ECF No. 22).