**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br>Plaintiff,<br>v.<br>P.F. CHANG'S CHINA BISTRO, INC.,<br>Defendant. | Case No.: 3:24-cv-00160-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT PRETRIAL ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Cody M. Oldham, Esq., and Robert R. Jensen, Esq., of Jensen | Oldham Personal Injury Law, PC, and counsel for Defendant Michael Lowry, Esq., and Kimberly A. Nelson, Esq., of Wilson Elser Moskowitz Edelman & Dicker, LLP., that the current deadline to submit the parties' Joint Pretrial Order be continued sixty (60) days beyond the currently set deadline.

///

///

///

## I. REASON FOR REQUESTED EXTENSION

The parties have already made efforts to coordinate the drafting of the Joint Pretrial Order. Counsel for Plaintiff are undergoing intensive pre-trial preparations for a different matter at their firm. The parties would like to make a collaborative effort in completing the Joint Pretrial Order, without further requests for extensions. The parties now jointly request a sixty (60) day extension to submit the Joint Pretrial Order. This extension is not sought for the purposes of delay or for any untoward purpose.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## II. PROPOSED NEW DEADLINE

| Deadline | Original Date | Proposed Date |
|---|---|---|
| Joint Pretrial Order | August 28, 2026 | October 27, 2026 |

DATED this 27th day of August, 2026.

JENSEN | OLDHAM PERSONAL INJURY LAW

/s/ Cody M. Oldham

ROBERT R. JENSEN
CODY M. OLDHAM
203 S. Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff*

DATED this 27th day of August, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

/s/ Michael Lowry

MICHAEL LOWRY
KIMBERLY A. NELSON
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated this 27th day of August, 2026.