JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.140
Attorneys for P.F. Chang's China Bistro, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Patricia Felkner-Elliott,

Plaintiff,

vs.

P.F. Chang's China Bistro, Inc.; and Does I-X;

Defendants.

Case No.: 3:24-cv-160

**ORDER GRANTING**

**Defendant's Motion to Remove from Service List**

Defendant requests to remove attorneys Michael Lowry and Kimberly Nelson from the CM/ECF electronic service list. Jorge Ramirez has taken their role representing Defendant in this matter.

DATED this 29th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jorge Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
Attorneys for P.F. Chang's China Bistro, Inc.

IT IS SO ORDERED.

Dated: September 30, 2026.

UNITED STATES MAGISTRATE JUDGE



400166899v.1