**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA FELKNER-ELLIOTT,<br>Plaintiff,<br>v.<br>P.F. CHANG'S CHINA BISTRO, INC.,<br>Defendant. | Case No.: 3:24-cv-00160-ART-CLB<br>**ORDER GRANTING**<br>**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT PRETRIAL ORDER (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Cody M. Oldham, Esq., and Robert R. Jensen, Esq., of Jensen | Oldham Personal Injury Law, PC, and counsel for Defendant, Jorge A. Ramirez, Esq., of Wilson Elser Moskowitz Edelman & Dicker, LLP., that the current deadline to submit the parties' Joint Pretrial Order be continued twenty-one (21) days beyond the currently set deadline.

///

///

///

JENSEN OLDHAM

## I. REASON FOR REQUESTED EXTENSION

Previously, the parties have made efforts to coordinate the drafting of the Joint Pretrial Order. As of September 30, 2026, prior counsel for Defendant P.F. Chang's China Bistro, Inc., were removed from this matter and Jorge A. Ramirez, Esq., has taken over their role. At this time, Mr. Ramirez is still familiarizing himself with the intricacies of this matter, and has recently been out of the office due to an unforeseen illness. The parties now jointly request a twenty-one (21) day extension to submit the Joint Pretrial Order. This extension is not sought for the purposes of delay or for any untoward purpose.

///

///

///

///

///

///

///

///

///

///

///

///

///

**II. PROPOSED NEW DEADLINE**

| Deadline | Original Date | Proposed Date |
|---|---|---|
| Joint Pretrial Order | October 27, 2026 | November 17, 2026 |

DATED this 27th day of October, 2026.

JENSEN | OLDHAM PERSONAL INJURY LAW

/s/ Cody M. Oldham
ROBERT R. JENSEN
CODY M. OLDHAM
203 S. Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff*

DATED this 27th day of October, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

/s/ Jorge A. Ramirez
JORGE A. RAMIREZ
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this 28th day of October, 2026.

Anne R. Traum
United States District Judge